NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**CLARUS THERAPEUTICS, INC.,**
*Appellant*

**v.**

**LIPOCINE, INC.,**
*Appellee*

---

2019-1566

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 106,045.

---

## JUDGMENT

---

CARYN BORG-BREEN, Green, Griffith & Borg-Breen LLP, Chicago, IL, argued for appellant.  Also represented by CHRISTOPHER T. GRIFFITH, ROBERT FRITZ GREEN; JEFFREY STEPHEN WARD, Middleton, WI.

NITIKA GUPTA FIORELLA, Fish & Richardson, PC, Wilmington, DE, argued for appellee.  Also represented by JOHN A. DRAGSETH, Minneapolis, MN; MARC M. WEFERS, Boston, MA; W. CHAD SHEAR, San Diego, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


April 8, 2020          /s/ Peter R. Marksteiner
Date                   Peter R. Marksteiner
                       Clerk of Court